UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sandra Del-Wise, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action H-10-3330 |
| | § | |
| Taxmasters, Inc., et al., | § | |
|     *Defendants*. | § | |

Order for Conference

A scheduling conference has been set for February 9, 2011 at 10:00 a.m. before Magistrate Judge Stephen Wm. Smith, Courtroom 703, 515 Rusk, Houston Texas.

After the parties confer as required by Rule 26(f), counsel shall prepare and file not less than 10 days before the conference a joint discovery/ case management plan. A courtesy copy shall be delivered to Jason Marchand, Case Manager for Magistrate Judge Stephen Wm. Smith, 5th Floor, Room 5300, or via email cm41bt@txs.uscourts.gov.

All parties are ordered to advise the case manager within 20 days after entry of this Order whether they will consent to the jurisdiction of this magistrate judge for all purposes in this case pursuant to 28 U.S.C. § 636(c). (For biographical information and written opinions, please see the magistrate judge's homepage on the court's website.) Parties are free to withhold consent without adverse substantive consequences. Fed.R.Civ.P. 73(b).

Signed on January 10, 2011 at Houston, Texas.

Stephen Wm Smith
United States Magistrate Judge