UNITED STATES DISTRICT COURT***SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sandra Del-Wise, et al., | § | |
|     *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action H-10-3330 |
| | § | |
| Taxmasters, Inc., et al., | § | |
|     *Defendants*. | § | |

## Scheduling Order

The following schedule shall be followed.  All communications concerning the case shall be directed in writing to Jason Marchand, Case Manager for United States Magistrate Judge Stephen Wm. Smith, 515 Rusk, Room 5300, Houston, TX 77002, or via email cm41bt@txs.uscourts.gov, until the case is ready for trial.

1. September 30, 2011 — NEW PARTIES shall be joined, with leave of court, by this date.  The attorney causing such joinder shall provide copies of this ORDER to the new parties.

2A. October 30, 2011 — PLAINTIFF shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 60 days of the designation.

  B. November 30, 2011 — DEFENDANT shall designate EXPERT WITNESSES.  Designation shall be in writing to opponent.  Expert reports shall be served within 60 days of the designation.

3. January 16, 2012 — AMENDMENTS to pleadings, **with** leave of court, shall be made by this date.

4. August 31, 2011 — CLASS-CERTIFICATION DISCOVERY shall be completed by this date.

5. March 13, 2012 — GENERAL DISCOVERY shall be completed by this date.

6. September 30, 2011 — CLASS-CERTIFICATION MOTION shall be filed by this date.

7. April 13, 2012 — MOTION CUT-OFF.  No motion, including motions to exclude or limit expert testimony under Fed. R. Evid. 702, shall be filed after this date except for good cause shown.  See LR 7.

8. To be determined — The JOINT PRETRIAL ORDER shall be filed on or before this date notwithstanding that a motion for continuance may be pending.  The parties shall follow Judge Lynn Hughes procedures, which are available online or through the clerk's office.

9. To be determined — TRIAL DATE.

    Jury / ~~Non Jury~~ ETT: 2 weeks

SIGNED on February 9, 2011.

                                                     Stephen Wm Smith
                                                United States Magistrate Judge