IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA DEL-WISE and<br>RALPH J. MILLER<br>*on behalf of themselves, and all others*<br>*similarly situated*<br>       Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 4:10-cv-03330 |
| TAXMASTERS, INC.<br>TMIRS ENTERPRISES, LTD,<br>TM GP SERVICES, LLC<br>and PATRICK R. COX<br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

**SUPPLEMENT TO MOTIONS TO QUASH DEPOSITION SUBPOENA AND/OR MOTION FOR PROTECTION FROM DEPOSITION, WITH ATTACHED DECLARATION OF COUNSEL**

Comes now, The Spencer Law Firm, Mark Wham and Gregory Finney and file this their Supplement to Motions to Quash Deposition Subpoena and/or Motion For Protection from Deposition, with Attached Declaration of Counsel, and show as follows:

As the Magistrate is aware, Defendants propounded discovery requesting detailed, private information regarding Counsel's finances, and also noticed the depositions of Plaintiffs' Counsel. Defendants' proposed inquiries into Counsel's finances via depositions, subpoenas, and requests for production would be inappropriate. In response, Plaintiffs' Counsel presents to the Magistrate the attached Declaration of Counsel to inform the Magistrate that The Spencer Law Firm is adequately prepared to prosecute and finance this litigation. This Declaration is sufficient to address The Spencer Law Firm's ability and willingness to prosecute this suit.

Respectfully submitted,

THE SPENCER LAW FIRM

*signature*

Mark Wham
TBN: 21239560, FBN: 8910
Gregory J. Finney
TBN: 24044430, FBN: 611329
Executive Plaza West
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Tel: 713-961-7770
Fax: 713-961-5336

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the above and foregoing document(s) was served upon the following parties via the United States District Court's electronic transmission services on March 11, 2011

Matthew B. Probus
John Wesley Wauson
Wauson ♦ Probus
Comerica Bank Building
One Sugar Creek Center Blvd. Ste. 880
Sugar Land, Texas 77478

*signature*

Mark Wham