IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDRA DEL-WISE and § <br> RALPH J. MILLER, § <br> *on behalf of themselves, and all others* § <br> *similarly situated* § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> TAXMASTERS, INC. § <br> TMIRS ENTERPRISES, LTD, § <br> TM GP SERVICES, LLC, § <br> and PATRICK R. COX, § <br> Defendants. § | CIVIL ACTION NO.4:10-cv-03330 <br><br> JURY |

**PLAINTIFFS' DE-DESIGNATION OF CO-COUNSEL**

TO THE HONORABLE JUDGE OF THIS COURT:

1.  Plaintiffs, SANDRA DEL-WISE, PATRICK MCKENNA, AND RALPH J. MILLER, on behalf of themselves and all others similarly situated, files this, their De-Designation of Co-Counsel, and respectfully shows the court as follows:

2.  Plaintiffs have retained The Spencer Law Firm to represent them in the above-referenced matter. Bonnie Spencer is lead counsel and Mr. G. Mark Wham was co-counsel. As Mr. Wham is no longer associated with The Spencer Law Firm, Plaintiffs de-designate him as co-counsel and request he be removed from CM/ECF notices.

Respectfully submitted,

THE SPENCER LAW FIRM

/s/ Bonnie E. Spencer

Bonnie E. Spencer
TBN 06366100, FBN 7343
David L. Augustus
TBN 24036159, FBN 33221
Krista R. Fuller
TBN 24050628, FBN 608057
Executive Plaza West
4635 Southwest Freeway, Suite 900
Houston, Texas 77027
Tel: 713-961-7770
Fax: 713-961-5336
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the above and foregoing document(s) was served upon the following parties via the United States District Court's electronic transmission services on May 18, 2011.

Matthew B. Probus
John Wesley Wauson
Wauson ♦ Probus
Comerica Bank Building
One Sugar Creek Center Blvd. Ste. 880
Sugar Land, Texas 77478

/s/ Bonnie E. Spencer
Bonnie E. Spencer