```
              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

April 6, 2012

Notice regarding CM/ECF User Account

Dear Bonnie E Spencer:

We have received a CM/ECF notice returned to us as undeliverable from clerk3@spencer-law.com on the CM/ECF account of Bonnie E Spencer.

Case number(s): 4:10-cv-03330
Date(s): 4/4/2012

Reason: Unable to deliver message to the following recipients, due to being unable to connect successfully to the destination mail server.
clerk3@spencer-law.com

**The referenced email address has been deleted from your CM/ECF account.**

Please review your CM/ECF account as soon as possible and make any changes as needed using the steps below:

1. Log into your CM/ECF electronic filing account;
2. Choose Utilities > Your Account > Maintain Your Account;
3. Modify your address or phone number information, if needed.
4. Click on the Email Information button near the bottom of the screen;
5. Click on the incorrect email address link on the left side of the screen which will cause the email address to display in a text field on the right side of the screen;
6. Modify your email address in the text field immediately;
   NOTE: When modifying your primary email address, if you remove the incorrect primary email address and click anywhere outside of the text field while a complete email address is not in the text field, all of your configurations and secondary email addresses will be removed;
7. When done, click the Return to Person Information Screen button on the left side of screen;
8. Click the Submit button. If a screen displays with the message "Select the cases to be updated," select **Update All**, and then click the Submit button.

Contact the ECF Helpdesk at <u>district_ecf_helpdesk@txs.uscourts.gov</u> if you have any questions.

David J. Bradley, Clerk

By: Terri Ferguson, Deputy Clerk